21564. ROOKS *et al.* v. MEYER *et al.*

HEAD, Presiding Justice. The exceptions are to the denial of an interlocutory injunction, the dissolution of a temporary restraining order previously granted, and the order denying the plaintiffs' motion for a rehearing. The evidence on the material issues was in conflict; and where this is true, this court will not control the discretion vested in the trial judge in denying an interlocutory injunction. *Code* § 55-108. The present case does not fall within the exception to the general rule, where the question to be decided is one of law. *Washington National Insurance Co. v. Mayor &c. of Savannah*, 196 Ga. 126 (26 SE2d 359).

*Judgment affirmed. All the Justices concur.*

ARGUED FEBRUARY 13, 1962—DECIDED MARCH 12, 1962.

*Aaron Baranan*, for plaintiffs in error.
*Wm. G. Grant, Robert W. Spears*, contra.